Mahadhi Corzano (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x252
Fax: 866-583-3695
mcorzano@consumerlawcenter.com

Attorneys for Plaintiff, CARLYN FILIO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION

| | |
|---|---|
| CARLYN FILIO, ) | Case No.: 10-cv-0392 |
| Plaintiff, ) ) | **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF** |
| v. ) | |
| COMPLETE CREDIT SOLUTIONS, ) | |
| Defendant. ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF

NOW COMES the Plaintiff, CARLYN FILIO, by and through her attorneys, KROHN & MOSS, LTD., and hereby provides notice that MAHADHI CORZANO (California State Bar Number 254905), of 10474 Santa Monica Blvd, Suite 401, Los Angeles, CA 90025, hereby enters his appearance as attorney for the Plaintiff.

Plaintiff also hereby provides notice that G. THOMAS MARTIN, III (California State Bar Number 218456), of 10474 Santa Monica Blvd, Suite 401, Los Angeles, CA 90025, hereby withdraws his appearance as attorney for the Plaintiff.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

/s/ Mahadhi Corzano
Mahadhi Corzano
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 401
Los Angeles,CA 90025
phone: (323) 988-2400 ext. 255
e-mail: mcorzano@consumerlawcenter.com


/s/ G. Thomas Martin, III
G. Thomas Martin, III
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 401
Los Angeles,CA 90025
phone: (323) 988-2400 ext. 252
e-mail: tmartin@consumerlawcenter.com

VOLUNTARY DISMISSAL

Case 3:10-cv-00392-IEG -WVG   Document 5   Filed 07/01/10   Page 3 of 3

# **CERTIFICATE OF SERVICE BY MAIL**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business Address is 10474 Santa Monica Boulevard, Suite 401, Los Angeles, California 90025.

    I, Lindsay Rivara certify that I served a copy of Plaintiff's Notice of Substitution of Counsel upon:

Bil Edwards

817-520-2900 X101

biledwards@ccsitexas.com

[ ]    BY MAIL (Fed. R. Civ. P. 5 (b) (2) (B):
    [ ]    I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.
    [ ]    I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]    BY ELECTRONIC FILING SERVICE: Complying with Fed. R. Civ. P. 5(b)(2)(D), my electronic business address is and I caused such document(s) to be electronically served for the above-entitled case to those parties on the Service List above.  The file transmission was reported complete and a copy will be maintained with the original document(s) in our office

[X]    STATE – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 29, 2010 at Los Angeles, California.

                                                            By:  <u>/s/ Lindsay Rivara</u>
                                                                       Lindsay Rivara

VOLUNTARY DISMISSAL